UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: SUBPOENA TO MICROSOFT CORPORATION<br>H-16-1-18(6); Control #580 | Misc. Case No. _____<br><br>**Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Microsoft Corporation, an electronic communications service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of the attached subpoena until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached subpoena will seriously jeopardize the investigation, including by giving targets opportunity to flee, destroy or tamper with evidence, including electronically store evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Microsoft Corporation shall not disclose the existence of the attached subpoena, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that Microsoft Corporation may disclose the attached subpoena to an attorney for Microsoft Corporation for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed for **ninety days**. Sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Specifically, the illegal activity is believed to be ongoing and the investigation is neither public nor known to the targets of the investigation. Disclosure of this pleading could jeopardize this ongoing investigation. Among other things, disclosure would give the targets an

opportunity to flee, destroy or tamper with evidence, change patterns of behavior, or notify confederates.

6/9/16
Date

/s/ RAR
ROBERT A. RICHARDSON
UNITED STATES MAGISTRATE JUDGE