UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re Subpoena to Microsoft Corp.                    CASE NO. 3:16MC170(RAR)

MARCH 9, 2021

MOTION TO UNSEAL OR PARTIALLY UNSEAL

The United States respectfully requests that the captioned matter, which was originally ordered sealed on June 9, 2016, be unsealed. The investigation of the underlying matter has concluded and there is accordingly no longer a basis for the continued sealing of this matter. However, if the grand jury subpoena identified in the Application is included as part of the docket, the Government requests the grand jury subpoena remain under seal indefinitely.

The Government submits that the subpoena relates to a "matter occurring before the grand jury" and its disclosure is prohibited by Fed. R. Crim. P. 6(e). In addition, the subpoena pertains to a then-ongoing and nonpublic investigation into possible criminal activity. The investigative activity at issue in this subpoena did not ultimately result in criminal charges. Public disclosure could therefore adversely impact the public reputation of one or more persons at issue in the sealed documents. These interests outweigh any countervailing interests in public access to this matter, and sealing is narrowly tailored to achieve those interests.

Respectfully submitted,

LEONARD C BOYLE
UNITED STATES ATTORNEY

/s/
NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
450 Main Street, Suite 328
Hartford, CT  06103
Federal Bar No. CT16324
Nancy.gifford@usdoj.gov
860-947-1101