UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELECTRONIC FILING ORDER

The Court orders that after the date hereof the parties shall file all documents in this case electronically. Counsel are reminded that they must comply with the following requirements:

1. Counsel must comply with all applicable Federal Rules of Civil Procedure, the District's Local Rules and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2. Documents filed electronically must be filed in OCR text searchable PDF format.

3. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

All pleadings (including briefs and exhibits) relating to the following:

    a. Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies, including all memoranda of law and all exhibits;

    b. Dispositive motions (motions to dismiss or for summary judgment), including all memoranda of law and all exhibits;

    c. Requested jury instructions;

    d. Compliance with Pretrial Orders;

    e. Trial briefs, including proposed findings of fact and conclusions of law and all exhibits; and

    f. Any other filing that is in excess of 15 pages;

IT IS SO ORDERED,

                                  /s/ Robert A. Richardson
                                  United States Magistrate Judge

Rev. 1/12/16